People v Moore (2022 NY Slip Op 06402)

People v Moore

2022 NY Slip Op 06402

Decided on November 10, 2022

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 10, 2022

PRESENT: CURRAN, J.P., SMITH, LINDLEY, BANNISTER, AND MONTOUR, JJ. (Filed Nov. 10, 2022.) 

MOTION NO. (722/20) KA 16-01161.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
ROBERT L. MOORE, II, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.